AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>CHARLES E. BRINKLEY<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)  20-mj-3102<br>)<br>)<br>) |

FILED
AUG 3 1 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 28-August 29, 2020__ in the county of __Sangamon__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b) | Whoever, using the mail or any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

s/ Anthony Wright
*Complainant's signature*

Special Agent Anthony Wright, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/30/2020

s/ Tom Schanzle-Haskins

*Judge's signature*

City and state: Springfield, Illinois

Magistrate Judge Thomas Schanzle-Haskins
*Printed name and title*

## AFFIDAVIT

I, Anthony Wright, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 12, 2019. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 1591, 2251, 2252A, and 2422 which criminalize, among other things, the production, advertisement, possession, receipt, transportation of child pornography, individuals attempting to persuade, induce, and entice minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. I have been involved in multiple search warrants, and arrests. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2. I am an investigative and law enforcement officer of the United States, who is empowered by law to conduct investigations of and to make arrests for the offense(s) enumerated in Title 18 of the United States Code (U.S.C.), as amended. As an FBI Special

Agent, I am authorized to execute warrants issued under the authority of the United States.

3. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to establish probable cause in support of a Criminal Complaint and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Charles E. Brinkley committed a violation of Title 18, United States Code, Section 2422(b).

## RELEVANT STATUTES

4. This investigation concerns alleged violations of the following statute:

   a. **Enticement of a Minor (18 U.S.C. § 2422(b)):** prohibits a person from using the mail or any facility or means of interstate or foreign commerce, to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense. It is also a crime to attempt to commit this offense.

## INVESTIGATION

5. On August 28, 2020, Special Agents of the FBI, acting in authorized undercover capacity, were operating a profile on a popular online dating/chatting application. The profile being operated was named Lindsey and it displayed an age of eighteen (18) years old. A picture was displayed of a female wearing a white, with pink polka dots, tank top, with glasses.

6. On Monday, August 24, 2020, a profile with the name of Me Me/ gentelgiant34 initiated a message conversation with the FBI Online Covert Employee (OCE) profile. The profile showed a picture of a bald eagle with the caption, "REALLY?". The OCE responded to the message, and a short time later, this excerpt of conversation occurred:

**CB: Hi**

L: Hey

**CB: Hru**

L: Good

L: Hbu

**CB: what are you doing and where are you from**

**CB: Good**

L: Springfield and just looking for some fun

L: Hbu

**CB: Sex type of fun?**

L: Maybe lol

**CB: cool**

**CB: how old are you**

L: 15

L: Hbu

**CB: Oh I'm much older**

**CB: Still interested in u thou**

L: That's cool I like older guys

L: How much older lol

CB: Picture for pic

CB: Live

L: Ok

CB: Did I scare you off

L: But I'm not here to like just send pics

CB: One pic so I can see u

CB: [ picture sent]

L: [picture sent]

CB: Very sexy

CB: Ru interested in meeting me

L: Ty [smiley face emoji]

L: Maybe lol

L: What you wanna do

CB: Eat your sweet young pussy

7. At that time, The OCE used the phone number provided to begin corresponding with the subject by text message, and the following excerpt of conversation occurred:

L: Hey it's me lindsey

CB: Hi Lindsey I'm chuck

CB:: Can I call u

L: in alittle but, My moms around rn

CB: When?

L: In like an hour

CB: ok around 4

8. The conversation continued with both casual and sexual discussion. Soon after, the subject again brought up the topic of meeting. The OCE responded in the affirmative, and conversation ensued regarding planning a meet up time and location. A meeting was tentatively set for Friday, August 28, 2020, and the subject suggested that it occur at his hotel room in Springfield. The subject agreed to meet the minor profile on Friday, August 28, 2020, at the minor's residence for a sexual encounter.

9. As conversation continued, the following excerpt occurred:

CB: Do you have Instagram

CB: ok u can call me

CB: send me that picture lol

CB: Thanks

CB: Hope u like (picture was sent to CB from L)

L: Sexy! (picture of penis was sent from CB to L)

L: You are thick

L: Lol

CB: I cant wait to suck on your clit

10. The conversation continued and the following excerpt occurred:

CB: So u don't think I'm to old

L: How old are you

L: And no your cute

L: Your beard might like tickle alittle lol

CB: I'm actually really old

CB: Be 52 September

L: You'll be my oldest

CB: And your best

L: Aww ty

CB: u will be the youngest I have ever been with as well

L: if your like as good as you say then yea lol

CB; I don't know about like. But I lick and suck very good

L: Sweet!!!

CB: And tongue u little pussy

CB: How many times have you actually had sex

L: Like real sex 2 times

CB: ya dick in your pussy sex

L: yea 2 times

L Why you wanna do that too?

CB: if you don't mind

L: If you bring the booze and are as good as eating as you say lol

L: Then yes

CB: Nice

11. In total, the conversations via the dating application Kik and text message took place between Monday, August 24, 2020 and Friday, August 28, 2020. While there was

many times where conversation was casual and cordial, there were numerous instances where the conversation was sexually explicit in nature, as was detailed above. On at least two different occasions, the subject asked for the minor profile to take a picture of her in her bra and panties. I understood this to be the subject asking for photos of the minor profile's genital area. Additionally, the subject repeatedly made comments to the effect of:

**CB: can I see u in your bra and panties**

**L: Maybe later**

**CB: Come on**

**L: Don't want you to get too excited lol**

**CB: I'll be waiting.**

12. FBI personnel used law enforcement investigative tools and databases to identify the subject as: Charles E. Brinkley "Chuck."

13. Agents obtained a driver license photo on file with the State of Missouri, and this photo was consistent with photos that the subject had posted on the dating application, as well as sent via text message.

14. On Friday, August 28, 2020, the FBI, with assistance from the Department of Homeland Security, Sangamon County Sheriff's Office, Springfield Police Department and Illinois State Police, conducted an operation in which Charles E. Brinkley believed he would be meeting a fifteen year old girl at a predetermined residence in Springfield, Illinois, and thereafter would enter the residence for a sexual encounter with the minor. The OCE maintained text message contact with Charles Brinkley during this time period

and surveillance personnel observed Charles E. Brinkley's vehicle arrive in the area and park at the pre-determined location. Brinkley had told the OCE he would arrive in a "work truck," he arrived driving a street sweeper. The OCE texted, "Ok babe I think we are good," and Charles E. Brinkley responded, "I'm here."

15. At that time, law enforcement made contact with the subject and took him into custody. After taking custody of the subject's phone, Agents sent another message that said "test," and observed that message received on the subject's phone. The subject was interviewed at the target residence before being transported to Sangamon County Jail for holding until their initial appearance.

16. During an interview, Charles E. Brinkley admitted that he was the one who had been chatting with "Lindsey" for the last several days, and he was aware that the profile was a minor. When questioned about his interactions with the minor profile, he said he believed the subject to initially be a Junior or Senior in high school, 17 or 18 years of age, then was informed the subject was 15 years of age. Brinkley stated he and Lindsey discussed oral sex, and that he sent Lindsey a picture of his penis, and may have requested nude photographs. Brinkley stated he is interested in incest groups on the App Kik, where sexual content is posted of persons from eight years of age to 80 years of age. Brinkley stated he accessed the app from his cell phone.

17. Agents located the following items on his person a Samsung SM-G955U cell phone, and a tan cooler containing beer.

FURTHER AFFIANT SAYETH NAUGHT,

                                                                 s/ Anthony Wright

                                                          Anthony Wright, Special Agent
                                                          Federal Bureau of Investigation

Subscribed and sworn to before me
this 30th August 2020
    s/ Tom Schanzle-Haskins

Thomas Schanzle-Haskins
United States Magistrate Judge